### TUOHEY, Appellant, *v.* WILDE, Respondent.

*(Common Pleas of New York City and County, General Term.* January 14, 1890.)

Appeal from special term.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

No opinion. Ordered that the order appealed from be affirmed, with costs.

---

### KENT, Respondent, *v.* SIBLEY, Appellant.

*(Common Pleas of New York City and County, General Term.* January 15, 1890.)

Appeal from city court, general term.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

*Le Barbier & Brewster,* for appellant. *Pelton & Poucher,* for respondent.

No opinion. Ordered that the judgment be affirmed, with costs. For former reports, see 5 N. Y. Supp. 448. See, also, Id. 447; 7 N. Y. Supp. 801.

---

### MOONEY, Respondent, *v.* NEW YORK EL. R. CO., Appellant.

*(Common Pleas of New York City and County, General Term.* January 15, 1890.)

Appeal from special term.

Argued before BOOKSTAVER, P. J., and BISCHOFF, J.

*Davies & Rapallo,* for appellant. *Sackett & Bennett,* for respondent.

PER CURIAM. The chief judge, before whom this case was tried, and to whom the requests to find should therefore have been properly submitted, having, upon all the papers presented upon this appeal, determined that the defendant's requests objected to were not properly presented to him, and all the facts being within his knowledge at the time of such determination, we see no good reason for disturbing the order made by him. The order appealed from should therefore be affirmed, with costs.

---

### BACKUS *et al.,* Respondents, *v.* YANDELL, Appellant.

*(Common Pleas of New York City and County, General Term.* January 16, 1890.)

Appeal from trial term.

Argued before LARREMORE, C. J., and BISCHOFF, J.

*F. M. Littlefield,* for appellant. *W. S. Beaman,* for respondents.

No opinion. Ordered that the judgment be affirmed, with costs.

---

### BROCKMAN, Appellant, *v.* BUELL, Respondent.

*(Common Pleas of New York City and County, General Term.* January 16, 1890.)

Appeal from fifth district court.

Argued before LARREMORE, C. J., and BISCHOFF, J.

*L. H. Dickerson,* for appellant. *B. Hoffman,* for respondent.

No opinion. Ordered that the judgment be reversed, new trial ordered, costs to abide the event.

---

### PREUSCH, Respondent, *v.* HILL, Appellant.

*(Common Pleas of New York City and County, General Term.* January 16, 1890.)

Appeal from city court, general term.

Argued before LARREMORE, C. J., and BISCHOFF, J.

*Howe & Hummel,* for appellant. *D. Leventritt,* for respondent.

No opinion. Ordered that the judgment be affirmed, with costs.